**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARLENA M. WAPNESKI, ) | |
| Plaintiff, ) | Case No. 2:17-cv-02330-APG-CWH |
| vs. ) | **ORDER** |
| BOYD GAMING CORPORATION, ) | |
| Defendant. ) | |

Presently before the court is Paul S. Padda and Joshua Y. Ang's motion to withdraw as attorneys for plaintiff Marlena Wapneski (ECF No. 15), filed on February 21, 2018. Defendant filed a notice of non-opposition (ECF No. 16) on March 7, 2018. Plaintiff did not respond to the motion.

Plaintiff's attorneys move to withdraw, arguing that they disagree with plaintiff about how the case should proceed, thereby making it unreasonably difficult for them to continue representing plaintiff, and that plaintiff is not responding to communications from their office. The motion includes a declaration stating that plaintiff was notified of her attorneys' intent to withdraw. Plaintiff did not oppose to the motion, which constitutes a consent to the granting of the motion under Local Rule 7-2(d). Additionally, defendant filed a notice of non-opposition, stating that it will not be prejudiced by plaintiff's attorneys' withdrawal because there is ample time to complete discovery, which does not close until June 4, 2018.

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw. Plaintiff must file a notice advising the court whether she will represent herself or proceed pro se by March 29, 2018. Plaintiff is advised that unless and until she retains a new attorney, she is responsible for all deadlines in this case.

IT IS THEREFORE ORDERED that Paul S. Padda and Joshua Y. Ang's motion to withdraw as attorneys for plaintiff Marlena Wapneski (ECF No. 15) is GRANTED.

IT IS FURTHER ORDERED that Mr. Padda and Mr. Ang's office must serve a copy of this order, as well as the scheduling order (ECF No. 12), which includes upcoming case deadlines, on plaintiff and must file proof of that service by March 13, 2018.

IT IS FURTHER ORDERED that on or before March 29, 2018, plaintiff must file a written notice stating whether she intends to represent herself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of plaintiff by March 29, 2018.

IT IS FURTHER ORDERED that the clerk of court must update the docket sheet with plaintiff's last known address as follows:

Marlena Wapneski
1057 Desert Olive Court
Henderson, Nevada 89002

DATED: March 8, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**