```
Ogletree, Deakins, Nash,
Smoah & Stewart, P.C.
Shelley L. Murray, Esq.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
```

UNITED STATES DISTRICT COURT
DISTRICT of NEVADA

| | |
|---|---|
| MARLENA WAPNESKI, | |
| Plaintiff, | Case No. 2:17-cv-02330-APG-CWH |
| vs. | **JOINT STIPULATION AND ORDER OF DISMISSAL** |
| ELDORADO, INC., d/b/a Eldorado Casino & Jokers Wild, a Nevada Company, | |
| Defendant. | |

The Parties hereby jointly stipulate that this case shall be dismissed with prejudice, and each Party shall bear their own attorney's fees and costs.

Dated this 14th day of May, 2018.

Respectfully submitted,

```
Ogletree, Deakins, Nash,
Smoah & Stewart, P.C.
Shelley L. Murray, Esq.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
```

_____
Attorney for Defendant

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 16, 2018.

1  
2  _____  
   Marlena M. Wapneski  
3  1057 Desert Olive Ct.  
   Henderson, NV 89118  
4  
   Plaintiff Pro Per  
5  
6  
7  
8  
9  IT IS SO ORDERED  
10  
11  
12                          _____  
                            District Court Judge  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28